Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
Facsimile:     725-248-2907

*Attorneys for Intervenor and Cross-Defendant*
*LM General Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE VIRAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DARRIUS LARNARD MATHIS, an individual; DOES I - X, inclusive; and ROE BUSINESS ENTITIES I - X, inclusive,<br><br>Defendants. | CASE NO.:  2:23-cv-00270-ART-BNW<br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSES TO PLAINTIFF'S FIRST MOTION TO REMAND [ECF 12]AND SECOND MOTION TO REMAND [ECF 13]**<br><br>**First Request** |
| LM GENERAL INSURANCE COMPANY,<br><br>Intervenor. | |
| KYLE VIRAY, an individual,<br><br>Cross-Claimant,<br><br>v.<br><br>LM GENERAL INSURANCE COMPANY,<br><br>Cross-Defendant. | |

LM General Insurance Company ("Liberty") by and through its attorneys, the law firm of Clyde & Co US LLP, hereby and Plaintiff, by and through their counsel, Law Office of David Sampson, LLC, submit this Stipulation For Extension Of Time To File Responses To Plaintiff's

- 1 -

First Motion to Remand [ECF 12] and Second Motion to Remand [ECF 13]. The parties have stipulated to extend the response deadline to March 30, 2023.

Accordingly, the parties respectfully request that this Court find that good cause exists relating to the filing of this stipulation and grant the parties' request to extend the deadline to respond to both Motions to Remand to March 30, 2023. This is the first request by the parties to extend the time for Defendant to Respond the Motions to Remand.

Dated: March 23, 2023
LAW OFFICE OF DAVID SAMPSON, LLC   CLYDE & CO US LLP

 /s/ David F. Sampson                                /s/ Dylan Todd
DAVID F. SAMPSON, ESQ.,              Amy M. Samberg (NV Bar No. 10212)
Nevada Bar No. 6811                       amy.samberg@clydeco.us
LAW OFFICE OF DAVID SAMPSON, LLC.   Dylan P. Todd (NV Bar No. 10456)
630 S. 3rd Street                              dylan.todd@cyldeco.us
Las Vegas, NV 89101                       7251 W. Lake Mead Blvd., Suite 430
Tel: 702-605-1099                           Las Vegas NV  89128
Fax: 888-209-4199                           Telephone: 725-248-2900
Email: david@davidsampsonlaw.com      Facsimile:     725-248-2907

*Attorney for Plaintiff of Counsel*             *Attorneys for Intervenor and Cross-Defendant LM General Insurance Company*

PRESTON P. REZAEE, ESQ.
Nevada Bar No. 10729
THE FIRM, P.C.
630 South Third Street
Las Vegas, NV 89101
Ph: (702) 222-3476
Fx: (702) 252-3476
Preston@TheFirm-LV.com

*Attorneys for Plaintiff*

**ORDER**

IT IS HEREBY ORDERED that the parties Stipulation For Extension Of Time To File Responses To Plaintiff's First Motion to Remand [ECF 12] and Second Motion to Remand [ECF 13] is granted. The new deadline for LM General Insurance Company to respond to the Motions is March 30, 2023.

DATED: March 23, 2023

_____
UNITED STATES DISTRICT COURT JUDGE