CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE VIRAY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DARRIUS LARNARD MATHIS, an individual; DOES I - X, inclusive; and ROE BUSINESS ENTITIES I - X, inclusive,<br><br>    Defendants. | CASE NO.: 2:23-cv-00270-ART-BNW<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO INTERVENOR AND CROSS-DEFENDANT LM GENERAL INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CROSS-CLAIM [ECF 18] AND RESPONSES TO PLAINTIFF'S FIRST MOTION TO REMAND [ECF 12] AND SECOND MOTION TO REMAND [ECF 13]**<br><br>(First Request on Motion to Dismiss, Second Request on Motions to Remand) |
| LM GENERAL INSURANCE COMPANY,<br><br>    Intervenor. | |
| KYLE VIRAY, an individual,<br><br>    Cross-Claimant,<br><br>v.<br><br>LM GENERAL INSURANCE COMPANY,<br><br>    Cross-Defendant. | |

1    Intervenor and Cross-Defendant LM General Insurance Company ("LMGIC") and Plaintiff
2    Kyle Viray ("Viray") by and through their attorneys, hereby stipulate and request that the Court
3    extend the time for Viray to file a response regarding LMGIC's Motion to Dismiss Plaintiff's First
4    Amended Cross-Claim (ECF 18) and request that the Court extend the time for LMGIC to file
5    responses to Plaintiff's First Motion to Remand (ECF 12) and Second Motion to Remand (ECF 13).
6    The parties have stipulated to extend the response deadlines to **April 20, 2023**.

7    The parties have been in settlement discussions and are hopeful that the claim will resolve.
8    The parties are also discussing potential options to resolve portions of the claim, in the event the
9    case does not settle.  The parties are requesting an extension of the deadlines in the event that the
10   claim does not resolve.  Good cause exists to grant this extension as the parties wish to conserve
11   costs towards a settlement and/or claim resolution so that these pending responses may no longer
12   be necessary.

13   This is the parties' first request to extend the briefing schedule relating to the Motion to
14   Dismiss Plaintiff's First Amended Cross-Claim (ECF No. 18) and the parties' second request to
15   extend the briefing schedules relating to Plaintiff's First Motion to Remand (ECF 12) and Second
16   Motion to Remand (ECF 13). .

17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ////

- 2 -

Respectfully Submitted,

Dated: March 30, 2023

| LAW OFFICE OF DAVID SAMPSON, LLC | CLYDE & CO US LLP |
|---|---|
| /s/ David F. Sampson | /s/ Dylan Todd |
| DAVID F. SAMPSON, ESQ., | Amy M. Samberg (NV Bar No. 10212) |
| Nevada Bar No. 6811 | amy.samberg@clydeco.us |
| LAW OFFICE OF DAVID SAMPSON, LLC. | Dylan P. Todd (NV Bar No. 10456) |
| 630 S. 3rd Street | dylan.todd@cyldeco.us |
| Las Vegas, NV 89101 | 7251 W. Lake Mead Blvd., Suite 430 |
| Tel: 702-605-1099 | Las Vegas NV 89128 |
| Fax: 888-209-4199 | Telephone: 725-248-2900 |
| Email: david@davidsampsonlaw.com | Facsimile: 725-248-2907 |
| *Attorney for Plaintiff of Counsel* | *Attorneys for Intervenor and Cross-Defendant LM General Insurance Company* |

PRESTON P. REZAEE, ESQ.
Nevada Bar No. 10729
THE FIRM, P.C.
630 South Third Street
Las Vegas, NV 89101
Ph: (702) 222-3476
Fx: (702) 252-3476
Preston@TheFirm-LV.com

*Attorneys for Plaintiff*

### ORDER

IT IS HEREBY ORDERED that the parties' Stipulation for Extension of Time to extend the time for Plaintiff Viray to file a response regarding LMGIC's Motion to Dismiss Plaintiff's First Amended Cross-Claim (ECF 18) and extend the time for LMGIC to file responses to Plaintiff's First Motion to Remand (ECF 12) and Second Motion to Remand (ECF 13). The parties have stipulated to extend the response deadlines to **April 20, 2023**.

DATED: April 3, 2023

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

- 3 -