1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| KYLE VIRAY, an individual, | CASE NO.:  2:23-cv-00270-ART-BNW |
| Plaintiff, | **ORDER APPROVING** |
| v. | **STIPULATION TO EXTEND TIME TO FILE RESPONSE TO INTERVENOR AND CROSS-DEFENDANT LM GENERAL INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CROSS-CLAIM [ECF 18] AND RESPONSES TO PLAINTIFF'S FIRST MOTION TO REMAND [ECF 12] AND SECOND MOTION TO REMAND [ECF 13]** |
| DARRIUS LARNARD MATHIS, an individual; DOES I - X, inclusive; and ROE BUSINESS ENTITIES I - X, inclusive, | |
| Defendants. | |
| LM GENERAL INSURANCE COMPANY, | **(Second Request on Motion to Dismiss, Third Request on Motions to Remand)** |
| Intervenor. | |
| KYLE VIRAY, an individual, | |
| Cross-Claimant, | |
| v. | |
| LM GENERAL INSURANCE COMPANY, | |
| Cross-Defendant. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

1       Intervenor and Cross-Defendant LM General Insurance Company ("LMGIC") and Plaintiff

2    Kyle Viray ("Viray") by and through their attorneys, hereby stipulate and request that the Court

3    extend the time for Viray to file a response regarding LMGIC's Motion to Dismiss Plaintiff's First

4    Amended Cross-Claim (ECF 18) and request that the Court extend the time for LMGIC to file

5    responses to Plaintiff's First Motion to Remand (ECF 12) and Second Motion to Remand (ECF 13).

6    The parties have stipulated to extend the response deadlines to **May 21, 2023**.

7       The parties have been in settlement discussions and are hopeful that the claim will resolve.

8    The parties are also discussing potential options to resolve portions of the claim, in the event the

9    case does not settle.  The parties are requesting an extension of the deadlines in the event that the

10    claim does not resolve.  Good cause exists to grant this extension as the parties wish to conserve

11    costs towards a settlement and/or claim resolution so that these pending responses may no longer

12    be necessary.

13       This is the parties' second request to extend the briefing schedule relating to the Motion to

14    Dismiss Plaintiff's First Amended Cross-Claim (ECF No. 18) and the parties' third request to

15    extend the briefing schedules relating to Plaintiff's First Motion to Remand (ECF 12) and Second

16    Motion to Remand (ECF 13). .

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ////

1      Respectfully Submitted,

2

3    Dated:  April 10, 2023

4    LAW OFFICE OF DAVID SAMPSON, LLC   CLYDE & CO US LLP

5    */s/ David F. Sampson*                          */s/ Dylan Todd*
     DAVID F. SAMPSON, ESQ.,              Amy M. Samberg (NV Bar No. 10212)
6    Nevada Bar No. 6811                      amy.samberg@clydeco.us
     LAW OFFICE OF DAVID SAMPSON, LLC. Dylan P. Todd (NV Bar No. 10456)
7    630 S. 3rd Street                            dylan.todd@cyldeco.us
     Las Vegas, NV 89101                      7251 W. Lake Mead Blvd., Suite 430
8    Tel: 702-605-1099                         Las Vegas NV  89128
     Fax: 888-209-4199                        Telephone: 725-248-2900
9    Email: david@davidsampsonlaw.com   Facsimile:      725-248-2907

10   *Attorney for Plaintiff of Counsel*          *Attorneys for Intervenor and Cross-Defendant*
                                                 *LM General Insurance Company*
11   PRESTON P. REZAEE, ESQ.
     Nevada Bar No. 10729
12   THE FIRM, P.C.
     630 South Third Street
13   Las Vegas, NV 89101
     Ph: (702) 222-3476
14   Fx: (702) 252-3476
     Preston@TheFirm-LV.com
15
     *Attorneys for Plaintiff*
16

17

18                                    **ORDER**

19         IT IS HEREBY ORDERED that the parties' Stipulation for Extension of Time to extend

20   the time for Plaintiff Viray to file a response regarding LMGIC's Motion to Dismiss Plaintiff's

21   First Amended Cross-Claim (ECF 18) and extend the time for LMGIC to file responses to

22   Plaintiff's First Motion to Remand (ECF 12) and Second Motion to Remand (ECF 13).  The parties

23   have stipulated to extend the response deadlines to **May 21, 2023**.

24

25   DATED:  April 12, 2023          _____

26                                        Anne R. Traum
                                          United States District Court Judge
27

28