1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KYLE VIRAY, an individual, | CASE NO.:  2:23-cv-00270-ART-BNW |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION FOR** |
| DARRIUS LARNARD MATHIS, an individual; DOES I - X, inclusive; and ROE BUSINESS ENTITIES I - X, inclusive, | **DISMISSAL WITH PREJUDICE** |
| Defendants. | |
| LM GENERAL INSURANCE COMPANY, | |
| Intervenor. | |
| KYLE VIRAY, an individual, | |
| Cross-Claimant, | |
| v. | |
| LM GENERAL INSURANCE COMPANY, | |
| Cross-Defendant. | |

Intervenor and Cross-Defendant LM General Insurance Company ("LMGIC") and Plaintiff Kyle Viray ("Viray") by and through their attorneys, hereby stipulate to dismiss with prejudice Plaintiffs' complaint, in its entirety, the parties to bear their own costs and attorneys' fees.

Respectfully Submitted,

Dated:  April 26, 2023

LAW OFFICE OF DAVID SAMPSON, LLC    CLYDE & CO US LLP

_/s/ David F. Sampson_                              _/s/ Dylan Todd_
DAVID F. SAMPSON, ESQ.,                     Amy M. Samberg (NV Bar No. 10212)
Nevada Bar No. 6811                             amy.samberg@clydeco.us
LAW OFFICE OF DAVID SAMPSON, LLC.   Dylan P. Todd (NV Bar No. 10456)
630 S. 3rd Street                                  dylan.todd@cyldeco.us
Las Vegas, NV 89101                           7251 W. Lake Mead Blvd., Suite 430
Tel: 702-605-1099                               Las Vegas NV  89128
Fax: 888-209-4199                               Telephone: 725-248-2900
Email: david@davidsampsonlaw.com       Facsimile:     725-248-2907

_Attorney for Plaintiff of Counsel_                _Attorneys for Intervenor and Cross-Defendant_
                                                              _LM General Insurance Company_
PRESTON P. REZAEE, ESQ.
Nevada Bar No. 10729
THE FIRM, P.C.
630 South Third Street
Las Vegas, NV 89101
Ph: (702) 222-3476
Fx: (702) 252-3476
Preston@TheFirm-LV.com

_Attorneys for Plaintiff_

## **ORDER**

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE


DATED: April 27, 2023

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128